# Exhibit C

# Ilona Mantachian

| | |
|---|---|
| **From:** | Patel, Bhavesh (CONTR) <bhavesh.patel@hq.doe.gov> |
| **Sent:** | Friday, August 16, 2019 7:30 AM |
| **To:** | Victoria Bogdan Tejeda |
| **Subject:** | FOIA-HQ-2019-01247-F Interim Response |
| **Attachments:** | HQ-2019-01247-F Interim.pdf |

**Categories:**          WV/Petrochem

Dear Ms. Tejeda,

Attached please find Interim response to FOIA request HQ-2019-01247-F.

Thank you,

Bhavesh Patel, Esq.
FOIA Analyst
Central Research, Inc., Contractor
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585
Office: (202) 287-6686



**Department of Energy**
Washington, DC 20585

AUG 1 6 2019

Victoria Bogdan Tejeda
48 Wall St., 15th Floor
New York, NY 10005

Via email: vbogdantejeda@earthjustice.org

Re: HQ-2019-01247-F

Dear Ms. Tejeda:

This is an interim response to the request for information that you sent to the Department of Energy (DOE) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. You requested:

> All records dated January 1, 2019 to the date DOE begins this search that relate to DOE support of PTTG's planned Belmont County, Ohio petrochemical facility, including records related to investment in, and financial backing of, the PTTG facility.

In your letter, you requested a waiver of all fees associated with the processing of this request based on the "other" category. For purposes of assessment of any fees, you have been categorized under the DOE regulation that implements the FOIA at Title 10, Code of Federal Regulations (CFR), Section 1004.9(b)(4), as a "other" requester. Requestors in this category are charged fees for duplication only and are provided 100 pages at no cost. At this time, it has not yet been determined if search fees will exceed $15.00, the minimum amount at which DOE assesses fees. For this reason, a determination on the waiver of fees has not been made. If it is determined that fees will exceed our standard allowance, your fee waiver request will be addressed at that time.

You may contact DOE's FOIA Public Liaison, Alexander Morris, FOIA Officer, Office of Public Information, at 202-586-5955, or by mail at MA-46/Forrestal Building, 1000 Independence Avenue, S.W., Washington, D.C. 20585, for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Please refer to the above referenced number in any communications with DOE about the request. If you have questions about this letter, please contact Mr. Bhavesh Patel, in this office, at MA-



46/Forrestal Building, 1000 Independence Avenue, S.W., Washington, D.C. 20585, or at (202) 287-6686.

I appreciate the opportunity to assist you with this matter.

Sincerely,

Alexander C. Morris
FOIA Officer
Office of Public Information

2