# Exhibit D

# Ilona Mantachian

| | |
|---|---|
| **From:** | Victoria Bogdan Tejeda |
| **Sent:** | Thursday, August 22, 2019 7:18 AM |
| **To:** | Victoria Bogdan Tejeda |
| **Subject:** | re FOIA DOE PTTG |

8.21.19
FOIA officer called—suggested that DOE's Office of Fossil Energy would be likely source of docs; identified six potential custodians, including Steve Winberg
Will run a search for <subject> or <body> of emails for 1) PTT Global Chemical; 2) PTTG; and 3) petrochemical facility for Jan 1-Aug 20

Will send email confirmation


Victoria Bogdan Tejeda
Associate Attorney
Earthjustice Northeast Office
48 Wall Street, 15th Floor
New York, NY  10005
T: 212.823.4990
F: 212.918.1556
earthjustice.org



*The information contained in this email message may be privileged, confidential and protected from disclosure.*
*If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.*
*If you think that you have received this email message in error, please notify the sender by reply email and*
*delete the message and any attachments.*