# Exhibit E

# Ilona Mantachian

| | |
|---|---|
| **From:** | Patel, Bhavesh (CONTR) <bhavesh.patel@hq.doe.gov> |
| **Sent:** | Wednesday, August 21, 2019 11:45 AM |
| **To:** | Victoria Bogdan Tejeda |
| **Subject:** | FOIA HQ-2019-01247-F Amendment |

Hello Victoria,

It was a pleasure speaking with you regarding this request. As discussed, we will frame the search for keywords "PTT Global Chemical" or "PTTG" or "Petrochemical Facility" in the subject or body fields of emails related to the following custodians:

**Email account to be searched:**

**Office of Fossil Energy**
1. Steven Winberg
2. Mark Maddox
3. Kenneth Vincent
4. Kenneth Humphreys
5. Michael Tadeo

**Office of Congressional and Intergovernmental Affairs**
1. Douglas Matheney

**The search date as discussed will be from January 01, 2019 – August 20, 2019.**

Please let me know if you have any questions.

Thank you,

Bhavesh Patel, Esq.
FOIA Analyst
Central Research, Inc., Contractor
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585
Office: (202) 287-6686