# Exhibit F

# Ilona Mantachian

| | |
|---|---|
| **From:** | Patel, Bhavesh (CONTR) <bhavesh.patel@hq.doe.gov> |
| **Sent:** | Monday, September 30, 2019 7:13 AM |
| **To:** | Victoria Bogdan Tejeda |
| **Subject:** | RE: FOIA HQ-2019-01247-F Amendment |
| | |
| **Categories:** | WV/Petrochem |

Hi Victoria,

Thanks for the email status check. I received the search result back recently and have been working through it. I intentionally kept the third keyword broad so we do not miss anything that can be responsive to your request. It did cause the production results to be quite large, but it hasn't been a problem removing the non-responsive emails.

Since it's the end of the fiscal year, the workload increased dramatically this month so we are trying to managed hundreds of request and respond to them as quickly as possible. I will reach out to you in two weeks with an update.

Thank you,

Bhavesh Patel, Esq.
FOIA Analyst
Central Research, Inc., Contractor
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585
Office: (202) 287-6686

**From:** Victoria Bogdan Tejeda [mailto:vbogdantejeda@earthjustice.org]
**Sent:** Sunday, September 29, 2019 1:06 PM
**To:** Patel, Bhavesh (CONTR) <bhavesh.patel@hq.doe.gov>
**Subject:** [EXTERNAL] RE: FOIA HQ-2019-01247-F Amendment

Hi Bhavesh,

I'm writing to check in on the status of our FOIA request. We submitted the request on 8.6.19, received a formal acknowledgement on 8.16.19, and received an update from you on possible custodians on 8.21.19. Since it has been over one month since your last communication I'm wondering if you have any updates.

Thank you,
Victoria

**From:** Patel, Bhavesh (CONTR) <bhavesh.patel@hq.doe.gov>
**Sent:** Wednesday, August 21, 2019 2:45 PM
**To:** Victoria Bogdan Tejeda <vbogdantejeda@earthjustice.org>
**Subject:** FOIA HQ-2019-01247-F Amendment

Hello Victoria,

It was a pleasure speaking with you regarding this request. As discussed, we will frame the search for keywords "PTT Global Chemical" or "PTTG" or "Petrochemical Facility" in the subject or body fields of emails related to the following custodians:

**Email account to be searched:**

**Office of Fossil Energy**
1. Steven Winberg
2. Mark Maddox
3. Kenneth Vincent
4. Kenneth Humphreys
5. Michael Tadeo

**Office of Congressional and Intergovernmental Affairs**
1. Douglas Matheney

**The search date as discussed will be from January 01, 2019 – August 20, 2019.**

Please let me know if you have any questions.

Thank you,

Bhavesh Patel, Esq.
FOIA Analyst
Central Research, Inc., Contractor
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585
Office: (202) 287-6686

******************************************************************
This message does not originate from a known Department of Energy email system.
Use caution if this message contains attachments, links or requests for information.

******************************************************************