# Exhibit G

# Ilona Mantachian

| | |
|---|---|
| **From:** | Victoria Bogdan Tejeda |
| **Sent:** | Tuesday, October 1, 2019 9:07 AM |
| **To:** | Victoria Bogdan Tejeda |
| **Subject:** | DOE PTTG convo |

10.1.19
Call from Bhavesh
- Noted that have universe of docs in hand, 650 total
- Noted that a lot of chatter in email involving some high-up people in government
- Asked if we would waive newsletters (news story aggregations), publicly available docs (i.e. in email see name of report, and report comes up in Google search), and attachments.
- With attachments, he said that we would not waive our right to get those with a future request. We would do so by referencing this request and then naming the specific attachments we want.
- I agreed to waive those three things and he said he would send an email memorializing our convo shortly.

Victoria Bogdan Tejeda
Associate Attorney
Earthjustice Northeast Office
48 Wall Street, 15th Floor
New York, NY  10005
T: 212.823.4990
F: 212.918.1556
earthjustice.org



*The information contained in this email message may be privileged, confidential and protected from disclosure.*
*If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.*
*If you think that you have received this email message in error, please notify the sender by reply email and*
*delete the message and any attachments.*