# Exhibit H

# Ilona Mantachian

| | |
|---|---|
| **From:** | Patel, Bhavesh (CONTR) <bhavesh.patel@hq.doe.gov> |
| **Sent:** | Tuesday, October 1, 2019 9:18 AM |
| **To:** | Victoria Bogdan Tejeda |
| **Subject:** | FOIA-HQ-2019-01247-F Amendment |

Hi Victoria,

Thank you for the call to discuss FOIA request HQ-2019-01247-F.  As we discussed, this is an amendment to your request in which you agreed to waive subscription newsletters, publicly available documents, and attachments to emails.

More importantly, this **does not** mean you  waive your rights to the attachments in this request.  Once you have time to look at the responsive documents from this request, you can make a new FOIA request asking for the attachments you may be interested in at that point.  This will expedite our response to your request, and I will keep you updated to its status.

Once again, I appreciate your time to speak to me on the call.

Thank you,

Bhavesh Patel, Esq.
FOIA Analyst
Central Research, Inc., Contractor
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585
Office: (202) 287-6686