# Exhibit I

# Ilona Mantachian

| | |
|---|---|
| **From:** | Patel, Bhavesh (CONTR) <bhavesh.patel@hq.doe.gov> |
| **Sent:** | Thursday, November 14, 2019 7:46 AM |
| **To:** | Victoria Bogdan Tejeda |
| **Subject:** | RE: FOIA-HQ-2019-01247-F Amendment |

Hi Victoria,

Great to hear from you.  I was actually going to update you later today regarding your request.  I finished reviewing all of the responsive documents.  Currently, the document set is compiled and is moving through the various stages of upper level review.

I will notify you when I have another update.  Thank you again for amending the request because that streamlined the process substantially.

Thanks,
Bhavesh

**From:** Victoria Bogdan Tejeda [mailto:vbogdantejeda@earthjustice.org]
**Sent:** Thursday, November 14, 2019 10:19 AM
**To:** Patel, Bhavesh (CONTR) <bhavesh.patel@hq.doe.gov>
**Subject:** [EXTERNAL] RE: FOIA-HQ-2019-01247-F Amendment

Hi Bhavesh,

I'm checking in on the status of my FOIA request. I last heard from you six weeks ago when you indicated that you received responsive documents and we agreed to remove newsletters, publicly available documents, and email attachments so as to expedite the review. Could you please let me know where you are in the process?

Thanks,
Victoria

**From:** Patel, Bhavesh (CONTR) <bhavesh.patel@hq.doe.gov>
**Sent:** Tuesday, October 1, 2019 12:18 PM
**To:** Victoria Bogdan Tejeda <vbogdantejeda@earthjustice.org>
**Subject:** FOIA-HQ-2019-01247-F Amendment

Hi Victoria,

Thank you for the call to discuss FOIA request HQ-2019-01247-F.  As we discussed, this is an amendment to your request in which you agreed to waive subscription newsletters, publicly available documents, and attachments to emails.

More importantly, this **does not** mean you  waive your rights to the attachments in this request.  Once you have time to look at the responsive documents from this request, you can make a new FOIA request asking for the attachments you may be interested in at that point.  This will expedite our response to your request, and I will keep you updated to its status.

Once again, I appreciate your time to speak to me on the call.

Thank you,

Bhavesh Patel, Esq.
FOIA Analyst
Central Research, Inc., Contractor
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, D.C. 20585
Office: (202) 287-6686


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message does not originate from a known Department of Energy email system. Use caution if this message contains attachments, links or requests for information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*