# Exhibit J

# Ilona Mantachian

| | |
|---|---|
| **From:** | Heise, Michael (CONTR) <michael.heise@hq.doe.gov> |
| **Sent:** | Tuesday, February 4, 2020 7:13 AM |
| **To:** | Victoria Bogdan Tejeda |
| **Subject:** | RE: FOIA officer gone? |

Thank you for the message, Victoria.

Mr. Patel sent the responsive documents for final review to a number of equities. Although some have reviewed and responded back to Mr. Patel, there are a few equities that have yet to respond back to us. I will reach out to those entities to find out when I might receive a response from them.

If you have any question, I'd be happy to discuss this over the phone with you. I can be reached at the number below.

Michael L. Heise, Esq.
FOIA Analyst
Central Research Inc., Contractor
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585
O: (202)586-2286

**From:** Victoria Bogdan Tejeda [mailto:vbogdantejeda@earthjustice.org]
**Sent:** Tuesday, February 04, 2020 9:52 AM
**To:** Heise, Michael (CONTR) <michael.heise@hq.doe.gov>
**Subject:** [EXTERNAL] RE: FOIA officer gone?

Hi Michael,

Could you please let me know the status of HQ-2019-01247-F? I found working with Mr. Patel very easy but I haven't received an update since November 2019, when he indicated the batch of responsive documents was undergoing final review.

Thank you,
Victoria

**From:** Harris, Renee (CONTR) <renee.harris@hq.doe.gov>
**Sent:** Tuesday, February 4, 2020 9:02 AM
**To:** Victoria Bogdan Tejeda <vbogdantejeda@earthjustice.org>
**Cc:** michael.heise@hq.doe.gov
**Subject:** RE: FOIA officer gone?

Good morning Victoria,

You are correct FOIA Analyst Bhavesh Patel is no longer with DOE FOIA office. The newly assigned Analyst for this request is Mr. Michael Heise, whom I have cc'd on this email. You can direct your emails regarding this request to him going forward. Our FOIA Officer Alexander C. Morris is still with DOE.

Thank you for allowing us to assist you in this matter.

Best regards,

Renee

Renee M. Harris, Esq.
Expediter – FOIA Analyst
Central Research, Inc. Contractor
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585
(202) 287-6733

---

**From:** Victoria Bogdan Tejeda [mailto:vbogdantejeda@earthjustice.org]
**Sent:** Monday, February 03, 2020 4:18 PM
**To:** Harris, Renee (CONTR) <renee.harris@hq.doe.gov>
**Subject:** [EXTERNAL] FOIA officer gone?

Hi Ms. Harris,

Since August 2019 I had been corresponding with a DOE FOIA officer, Bhavesh Patel. I haven't heard from him since November and wanted a status update on my request. My email bounced back, perhaps indicating Bhavesh is no longer with DOE?

Could you help me figure out the status of my request and my contact going forward? I've attached our email chain. The FOIA is HQ-2019-01247-F.

Thank you!
Victoria

**From:** Mail Delivery System <mailer-daemon@mailgate7.doe.gov>
**Sent:** Tuesday, January 21, 2020 4:12 PM
**To:** Victoria Bogdan Tejeda <vbogdantejeda@earthjustice.org>
**Subject:** Undelivered Mail Returned to Sender

This is the mail system at host mailgate7.doe.gov.

I'm sorry to have to inform you that your message could not
be delivered to one or more recipients. It's attached below.

For further assistance, please send mail to postmaster.

If you do so, please include this problem report. You can
delete your own text from the attached returned message.

The mail system

: host
usdoe-mail-onmicrosoft-com.mail.protection.outlook.com[104.47.63.36] said:
550 5.4.1 Recipient address rejected: Access denied. AS(201806281)

[DM2GCC01FT005.eop-gcc01.prod.protection.outlook.com] (in reply to RCPT TO command)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message does not originate from a known Department of Energy email system. Use caution if this message contains attachments, links or requests for information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message does not originate from a known Department of Energy email system. Use caution if this message contains attachments, links or requests for information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*